OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 19-43995-ELM** |
| | § | **CHAPTER 13** |
| STEPHANIE A PAYNE, xxx-xx-0230 | § | |
| 4364 WESTERN CENTER BLVD #175 | § | **COURT HEARING:** |
| FORT WORTH, TX  76137 | § | **Thursday, August 3, 2023 at 8:30 AM** |
| | § | |
| DEBTOR | § | |
| | § | |

**NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE (INCLUDING NOTICE OF HEARING)**
(Mid Case Mortgage Notice per Local Rule 3002.1-1)
(42 - 46)

**RESPONSE REQUIRED BY CREDITOR**

**ATTENTION CREDITOR/HOLDER:  US DEPT OF HUD, Court Claim No.: 2**

**Property Description:  7109 Swenson Ranch Rd North Richland Hills TX 76182**

**TO ALL PARTIES IN INTEREST**

PURSUANT TO LOCAL RULE 3002.1-1, THE CHAPTER 13 TRUSTEE, TIM TRUMAN, FILES THIS NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE ('MORTGAGE NOTICE').

A SCHEDULING ORDER WILL BE SERVED BY THE BANKRUPTCY CLERK WHICH WILL ESTABLISH SPECIFIC, IMPORTANT, AND MANDATORY DATES AND DEADLINES CONCERNING THIS MORTGAGE NOTICE, AS WELL  AS OTHER REQUIREMENTS ('SCHEDULING ORDER').  IF THERE IS A CONFLICT BETWEEN THE SCHEDULING ORDER AND THIS MORTGAGE NOTICE, THE SCHEDULING ORDER WILL CONTROL.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002.1-1, ON OR BEFORE SIXTY (60) DAYS FROM THE DATE OF SERVICE OF THE MORTGAGE NOTICE, THE HOLDER OF A CLAIM COVERED BY THIS MORTGAGE NOTICE <u>SHALL FILE A WRITTEN RESPONSE</u> WITH THE CLERK OF THE COURT AT US BANKRUPTCY CLERK, 501 W. 10TH STREET, FORT WORTH, TX 76102 AND SHALL SERVE THE RESPONSE ON THE  DEBTOR,  DEBTOR'S ATTORNEY AND THE TRUSTEE AND ANY OTHER PARTY IN INTEREST.  THE RESPONSE SHALL INDICATE WHETHER THE HOLDER DISPUTES THE INFORMATION CONTAINED IN THIS MORTGAGE NOTICE.  THE RESPONSE SHALL  ALSO ITEMIZE ANY CURE AMOUNTS OR POST-PETITION ARREARAGES THAT THE HOLDER CONTENDS EXIST ON THE DATE OF THE RESPONSE.  THE DEBTOR MAY FILE A REPLY WITHIN NINTETY (90) DAYS FROM THE DATE OF THE FILING OF THIS MORTGAGE NOTICE.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002.1-1, THE COURT SHALL, AFTER NOTICE AND  HEARING, DETERMINE WHETHER OR NOT THE  DEBTOR IS CURRENT ON ALL REQUIRED POST-PETITION AMOUNTS.  <u>IF THE HOLDER OF A CLAIM FAILS TO RESPOND AND/OR THE  DEBTOR FAILS TO REPLY, THE COURT MAY MAKE THIS DETERMINATION BY DEFAULT.</u>  AN ORDER SHALL BE ISSUED REFLECTING ANY DETERMINATION BY THE COURT.

IF A RESPONSE AND/OR REPLY IS TIMELY FILED, A HEARING ON THIS MORTGAGE NOTICE SHALL BE

Case No: 19-43995-ELM                                                                        STEPHANIE A PAYNE

Notice of Amount Deemed Necessary to Cure Mortgage Arrearage (42 - 46)                       Page 2 of 3

**DEEMED REQUESTED. ANY RESPONSE NOT RESOLVED, WILL BE HEARD BEFORE THE COURT ON THIS MORTGAGE NOTICE AND SHALL BE SET FOR 8:30 am, ON August 03, 2023 AT ROOM 204, U.S. BANKRUPTCY COURT, ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH STREET, FORT WORTH, TX 76102.**

**THE ENTRY OF ANY ORDER BY THE COURT ON THIS MORTGAGE NOTICE, WHETHER BY DEFAULT OR OTHERWISE, SHALL PRECLUDE THE HOLDER OF THE CLAIM AND THE DEBTOR FROM CONTESTING THE AMOUNTS SET FORTH IN THE ORDER IN ANY CONTESTED MATTER OR ADVERSARY PROCEEDING IN THIS CASE OR IN ANY OTHER MATTER, MANNER, OR FORUM AFTER A DISCHARGE IN THIS CASE, UNLESS THE COURT DETERMINES, AFTER NOTICE AND HEARING, THAT THE FAILURE TO RESPOND AND/OR REPLY WAS SUBSTANTIALLY JUSTIFIED OR IS HARMLESS.**

### PLAN ARREARAGE

To the Trustee's knowledge, the Debtor IS current on their plan, or if not, the amount believed necessary to cure any default on the plan is $0.00.

### ONGOING "CURRENT" MONTHLY MORTGAGE PAYMENTS

Claim Type:   HOME MORTGAGE CURRENT

| Court Claim # | Trustee Claim # | Account Number | Claim Asserted | Claim Allowed (03/31/2023) |
|---|---|---|---|---|
| 2 | 8 | 4888 | $80,955.51 | $80,955.51 |

- Paid Direct by Debtor-

**PRINCIPLE AMOUNT NECESSARY TO CURE THE HOME MORTGAGE CURRENT CLAIM (TRUSTEE CLAIM# 8) TO BE PAID BY THE TRUSTEE, IF ANY: $80,955.51**

**THE PLAN MAKES NO PROVISION FOR PAYMENT OF THIS CLAIM BY THE TRUSTEE, THEREFORE THE TRUSTEE HAS NO KNOWLEDGE OF THE AMOUNT, IF ANY, CURRENTLY DUE ON THIS CLAIM.**

Case No: 19-43995-ELM                                                                                              STEPHANIE A PAYNE

Notice of Amount Deemed Necessary to Cure Mortgage Arrearage (42 - 46)                                              Page 3 of 3

Respectfully submitted,

/s/ Tim Truman
Tim Truman
Chapter 13 Trustee/State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Amount Deemed Necessary to Cure Mortgage Arrearage" was served on the debtor, the creditor/holder of the claim, and creditor's/holder's counsel listed below, by ordinary U.S. Mail, and that the attorney for debtor, the United States Trustee, and all Notice of Appearance parties were served electronically through the Court's ECF System at the e-mail address registered with the Court, on or before the 3rd day of April, 2023.

/s/ Tim Truman
Tim Truman
Chapter 13 Trustee

**U.S. FIRST CLASS MAIL:**

CREDITOR/HOLDER OF CLAIM:
US DEPT OF HUD, 451 7TH ST SW, WASHINGTON, DC  20410-3000

DEBTOR(S):
STEPHANIE A PAYNE, 4364 WESTERN CENTER BLVD #175, FORT WORTH, TX  76137

**ELECTRONIC SERVICE:**

UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

ACKER WARREN, 2205 W DIVISION ST STE A-2, ARLINGTON, TX  76012
ALBERTELLI LAW, 2201 W ROYAL LN #155, IRVING, TX  75063
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
GHIDOTTI BERGER, 9720 COIT RD #220-228, PLANO, TX  75025